United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN PABLO ABREU-TORRENS, | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00359 |
| KRISTI NOEM, *et al.,* | § | |
|    "Respondent" | § | |

<u>**ORDER**</u>

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1) and "Notice of Emergency Filing and Request for Expedited Consideration" ("TRO") (Dkt. No. 9). It is **ORDERED** that Respondents shall file a response to Petitioner's Petition and TRO by **June 1, 2026, at 5:00 p.m. CST**.

SIGNED this May 20, 2026

_____
Rolando Olvera
United States District Judge

1 / 1